It is ORDERED that the petition for certification is denied.

170 A.3d 303

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ISMAEL CATHCART, DEFENDANT–PETITIONER.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000987–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 303

GERADE C. DOORNBOS, SINGLE, PLAINTIFF–RESPONDENT,
v. PATRICIA A. WEHRLE, DEFENDANT–PETITIONER.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000549–15 having been submitted to this Court, and the Court having considered the same;

508

It is ORDERED that the petition for certification is denied, with costs.

---

170 A.3d 303

JONATHAN FANNING, PLAINTIFF–MOVANT, v.
TOWNSHIP OF HILLSIDE, DEFENDANT.

June 29, 2017

ORDER

It is ORDERED that the motion for leave to file the motion for reconsideration as within time (M–1361) is granted.

---

170 A.3d 303

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
ROBERT L. EVANS, DEFENDANT–RESPONDENT.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000489–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further